# Court of Appeals
# of the State of Georgia

ATLANTA,  October 28, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0117.  IN THE INTEREST OF: A. M. W., A CHILD (MOTHER)**

**A14A0118.  IN THE INTEREST OF: A. M. W., A CHILD (FATHER)**

The mother and father of A. M. W. filed notices of appeal from the trial court's order terminating their parental rights.  We lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (12), appeals from orders terminating parental rights must be made by filing an application for discretionary appeal. See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009). The parents' failure to file applications for discretionary review deprives us of jurisdiction over these appeals, which are hereby *DISMISSED*.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 10/28/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*